NO. 07-03-0190-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 14, 2003

_____

SANDRA ANN BRAND, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE WHEELER COUNTY COURT OF WHEELER COUNTY;

NO. 7447; HONORABLE JERRY DAN HEFLEY, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant Sandra Ann Brand filed a Motion to Dismiss Appeal on May 8, 2003, averring that she no longer wishes to prosecute her appeal. The Motion to Dismiss is signed by both appellant and her attorney.

Without passing on the merits of the case, appellant's motion for voluntary dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2.

Phil Johnson
Chief Justice

Do not publish.